(February 21, 2013)

■ CHANG ZHANG ZOU, Appellant, v 122 DEVELOPMENT, LLC, Defendant, and MATRIX CONSTRUCTION SERVICES, INC., Respondent. [959 NYS2d 666]—

Order, Supreme Court, New York County (Saliann Scarpulla, J.), entered June 8, 2011, which, to the extent appealed from as limited by the briefs, granted the motion of defendant Matrix Construction Services, Inc. (Matrix) for summary judgment dismissing the Labor Law §§ 240 (1) and 241 (6) claims as against it, unanimously affirmed, without costs.

The evidence establishes that Matrix was not a general contractor with supervisory authority and control over plaintiff's work. Accordingly, it cannot be held liable for plaintiff's injuries under Labor Law §§ 240 (1) or 241 (6) (*see Russin v Louis N. Picciano & Son*, 54 NY2d 311 [1981]; *Aversano v JWH Contr., LLC*, 37 AD3d 745 [2d Dept 2007]). Concur—Mazzarelli, J.P., Friedman, Renwick and Freedman, JJ. **[Prior Case History: 2011 NY Slip Op 31510(U).]**

■ STOP & SHOP SUPERMARKET COMPANY, Appellant, v VORNADO REALTY TRUST et al., Respondents. [959 NYS2d 442]— An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Bernard Fried, J.), entered on or about December 16, 2011, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated February 7, 2013, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Andrias, Renwick, DeGrasse and Richter, JJ. **[Prior Case History: 33 Misc 3d 1219(A), 2011 NY Slip Op 51978(U).]**